UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPGGC, INC.,
    Plaintiff

v.

THOMAS F. REILLY, Attorney General,
    Defendant

Civil Action No. 04-CV- MAGISTRATE JUDGE

04 - 12398 RCL

**VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

RECEIPT # 60041
AMOUNT $ 150
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE 11/12/04

**INTRODUCTION**

1. This is a civil action for a declaratory judgment and injunctive relief brought against the Massachusetts Attorney General. A controversy exists with the Attorney General since he alleges the plaintiff is in violation of the Massachusetts gift certificate law and is prepared to bring suit against the plaintiff for injunctive and monetary relief. The plaintiff seeks a declaration that the provisions of the Massachusetts gift certificate law, Mass G.L. c. 200A, §5D, are not applicable to a seller of prepaid gift cards issued by a national bank such as the Simon Giftcard because of federal preemption by the National Banking Act of 1864, 12 U.S.C. § 21 *et seq.* and regulations issued by the Office of the Comptroller of the Currency, and a further declaration that the Simon Giftcard, which can be used worldwide anywhere Visa debit cards are accepted, is not a "gift certificate" subject to the Massachusetts gift certificate law.

**PARTIES**

2. Plaintiff SPGGC, Inc. is a Virginia corporation with a principal place of business in Indianapolis, Indiana.

3.    The defendant Thomas F. Reilly is the Attorney General and chief law enforcement officer of the Commonwealth of Massachusetts. Pursuant to Mass. G.L. c. 93A, §4, the Attorney General is empowered to bring civil actions to enforce Massachusetts consumer protection statutes.

## JURISDICTION

4.    This court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §2201.

## STATEMENT OF FACTS

### The Simon Giftcard Program in General

5.    SPGGC, Inc. (hereinafter referred to as "Simon") is an affiliate of Simon Property Group, L.P., which owns, operates and manages regional shopping malls throughout the United States ("Simon Malls"), including fourteen (14) malls in Massachusetts.

6.    In August of 2001, Simon began a pilot program for the Simon Giftcard in five Simon Malls. The program was later expanded to other properties, and was implemented in the majority of Simon Malls in 2003. Simon Giftcards have been offered in Simon Malls in Massachusetts since 2003. Currently there are 159 malls selling Simon Giftcards in 35 states. The Simon Giftcard became available for purchase over the internet on Simon's website in May of 2003.

7.    The Simon Giftcard is a Visa prepaid card issued by the Bank of America, N.A. that operates on the Visa debit infrastructure.

8.    The Simon Giftcard is a credit-card sized embossed plastic card with a magnetic strip on the back. The purchaser specifies the amount to be placed on the Giftcard, and the Giftcard is programmed to establish a balance in that denomination within certain parameters.

The Giftcard is subject to uniform terms and conditions, which are available to the purchaser prior to purchase of the Giftcard and are clearly printed on the outside of the card carrier in which the card is delivered to the purchaser. (A sample Simon Giftcard, card carrier, and explanatory brochure are appended as Exhibit A, B and C respectively).

9.  Unlike a traditional retail gift certificate, the Simon Giftcard can be used worldwide anywhere Visa debit cards are accepted, including locations not affiliated with Simon Malls. Also unlike most gift certificates, a Simon Giftcard can be replaced if lost or stolen, and the Giftcard holder is not responsible for the unauthorized use of the Giftcard.

10. Bank issued prepaid gift cards such as the Simon Giftcard provide consumers with access to millions of merchants worldwide and the rights and protections found with other bank cards such as chargeback options, dispute management, and "zero liability" protection on lost and stolen cards.

11. In Massachusetts alone Simon sells hundreds of thousands of Giftcards each year with very positive customer satisfaction levels and very minimal complaints.

12. Since Simon does not benefit from the underlying sale of goods and services by the merchant when the Giftcard is used, Simon must recover its cost of the Giftcard program and earn a profit primarily through fees associated with the Giftcard. Simon also receives a portion of the interchange fee from Visa each time a Giftcard is used.

13. Bank issued prepaid cards such as the Simon Giftcard are financial instruments. The administrative costs of issuing the Giftcard include but are not limited to: processor costs for maintaining the Giftcard on the system for the duration of the card, costs for maintaining a customer service/call center, costs for risk management and fraud prevention, and related infrastructure, staffing and other costs. These costs are recovered through upfront

handling/loading fees, and potentially applicable maintenance, replacement, and call center fees.

### Bank of America's Role In The Simon Giftcard Program

14.     Bank of America, N.A. ("BOA"), a national bank, is the bank that has issued the Simon Giftcard since the inception of the program. BOA is a Visa member bank, and therefore can issue Visa prepaid cards subject to Visa's regulations. As stated on the back of every Simon Giftcard, the card itself is the property of BOA. BOA requires that all Giftcards and cardholder agreements identify BOA as the issuer.

15.     The Simon Giftcard is a Visa co-branded prepaid card between BOA and Simon. As such, it is issued by BOA and must comply with federal banking regulations and all Visa U.S.A., Inc. regulations. There are numerous programs in the United States that are co-branded between a national Visa member bank and third party businesses. Multiple businesses sell Visa, MasterCard, American Express and Discover nationally accepted pre-paid cards. The Simon Giftcard complies with all Visa U.S.A., Inc. regulations.

16.     The terms and conditions for the Simon Giftcard are based substantially on the terms and conditions used on BOA's own branded gift card. The terms and conditions for the Simon Giftcard, and the design of the card carrier in which the Giftcards are presented, must be reviewed and approved by BOA. Every time a change is made to the terms and conditions or the card carrier, it must be sent to BOA for review and approval.

17.     BOA also reviews, and must approve, the physical properties and design of the front and back of the Giftcard itself. Any changes Simon wishes to make to the Giftcard, including disclosures and typeface, must be reviewed and approved by BOA. BOA, in compliance with directives from its primary regulator, the Office of the Comptroller of the

Currency ("OCC"), has required that certain information be included on the Giftcard itself. For example, BOA required the disclosure on the Giftcard of certain fee information as well as the website address at which additional information can be obtained.

18. BOA receives compensation in connection with the Simon Giftcard in the form of a per transaction fee for each Giftcard transaction generating interchange fees from Visa. In addition, all Simon Giftcard program-related bank accounts are maintained with BOA.

### Terms and Conditions of the Simon Giftcard at Issue

19. One term and condition of the Simon Giftcard is a $2.50 monthly service fee in the event a balance remains on the Giftcard after the sixth month. The fee is deducted automatically on the first day of the month, starting on the seventh month after the month of purchase, from any remaining value on the card until the value reaches zero. This service fee was approved by BOA. Most Simon Giftcard holders never incur maintenance fees, as most of the value of the Simon prepaid Giftcards is used by consumers during the first month of ownership.

20. Additionally, to implement Visa fraud prevention and card maintenance requirements applicable to all prepaid cards bearing the VISA logo, all Simon Giftcards sold in Massachusetts expire a minimum of one year after the date of issuance. The one year expiration date was approved by BOA.

### Prepaid Gift Cards Issued by a National Bank are Subject to the National Banking Act and Regulations of the Office of the Comptroller of the Currency

21. As a national bank, BOA is subject to the National Banking Act of 1864, 12 U.S.C. § 21 *et seq.* and oversight by the OCC.

22. It is within the authorized powers of a national bank like BOA to issue electronic prepaid products such as the Simon Giftcard, impose an expiration date in compliance with Visa

regulations, charge and determine the amount of fees on such national bank products, and provide disclosures of the terms and conditions of such national bank products in accordance with federal requirements.

23. The OCC examines BOA with respect to all of its prepaid card products, including BOA's co-branded card programs, offered in collaboration with a co-branding partner, such as Simon. The OCC specifically considers whether the terms and conditions of the program are reasonable and are clearly and conspicuously disclosed to the consumer.

24. State laws that obstruct, impair, or condition a national bank's ability to fully exercise these powers are preempted by federal law.

## PRESENT CONTROVERSY WITH THE MASSACHUSETTS ATTORNEY GENERAL

25. The Attorney General has taken the position that the Simon Giftcard offered for sale in the various Simon Malls in Massachusetts is subject to the provisions of Mass. G.L. c. 200A, §5D, the Massachusetts gift certificate law. Simon disputes that its Giftcard is encompassed by the definition of a "gift certificate" contained in Mass. G.L. c. 255D, §1.

26. The Massachusetts gift certificate law requires that all gift certificates be valid for not less than seven (7) years after the date of issuance.

27. The Attorney General takes the position that, by implication, the Massachusetts gift certificate law also prohibits the imposition of any fees that reduce the face value of the Simon Giftcard, such as the monthly service fee in the event a balance remains on the Giftcard after the sixth month.

28. The Attorney General opines that Simon Giftcards violate Mass. G.L. c. 200A, §5D because the Giftcards contain an expiration date less than seven years and potentially impose a variety of fees on gift card holders.

29. The Attorney General asserts that Simon's alleged violation of the Massachusetts gift certificate law constitutes violations of the Massachusetts Consumer Protection Act, Mass. G.L. c. 93A, and further alleges that the fees charged by Simon to Giftcard purchasers and holders are unfair and deceptive acts and practices.

30. On November 1, 2004, the Attorney General threatened to bring a civil enforcement action against Simon for injunctive relief and the payment of civil penalties, the costs of investigation, and restitution to consumers. (Exhibit D).

## COUNT ONE
### (Request for Declaratory Relief)
### (Federal Preemption)

31. The plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 30.

32. The demand letter from the Massachusetts Attorney General to Simon challenges the imposition of expiration dates and fees associated with a Visa-branded prepaid card issued by a national bank, and the disclosures with respect to such fees.

33. The enforcement of the Massachusetts gift certificate law against Simon as the seller of the Giftcard would impair BOA's ability to fully exercise its authority to issue the Simon Giftcard, impose an expiration date, determine the amount of fees on the Giftcard, and provide disclosures about the terms and conditions of the Giftcard on a uniform, nationwide basis.

34. An actual, justiciable controversy now exists between the parties concerning whether the National Banking Act and regulations promulgated thereunder preempt enforcement of the provisions of the Massachusetts gift certificate law to prepaid gift cards issued by a national bank.

## COUNT TWO
### (Request for Declaratory Relief)
### (Pendent State Law Claim)

35. The plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 34.

36. The Attorney General asserts that the Simon Giftcard is a "gift certificate" as defined by Mass. G.L. c. 255D, §1, and therefore is subject to the provisions of Mass. G.L. c. 200A, §5D, the Massachusetts gift certificate law.

37. Mass. G.L. c. 255D, §1 provides as follows:

"Gift certificate", a writing identified as a gift certificate purchased by a buyer for use by a person other than the buyer not redeemable in cash and usable in its face amount in lieu of cash in exchange for goods or services supplied by the seller. A gift certificate shall include an electronic card with a banked dollar value, a merchandise credit, a certificate where the issuer has received payment for the full face value for the future purchase or delivery of goods or services and any other medium that evidences the giving of consideration in exchange for the right to redeem the certificate, electronic card or other medium for goods, food, services, credit or money of at least an equal value. A gift certificate shall not include pre-paid calling arrangements, as defined in section 1 of chapter 64H of the General Laws.

38. By its express terms, the Simon Giftcard is not encompassed by the definition of a "gift certificate," as the Simon Giftcard can be used worldwide anywhere that Visa debit cards are accepted, and as such, are not limited to being exchanged for goods or services supplied by Simon.

## PRAYER FOR RELIEF

WHEREFORE, SPGGC, Inc. requests the Court to:

a. Enter an injunction prohibiting the Attorney General from enforcing the provisions of Mass. G.L. c. 200A, §5D against the plaintiff until this case has been adjudicated;

b.  Enter a declaratory judgment that the provisions of the Massachusetts gift certificate law, Mass G.L. c. 200A, §5D, are not applicable to a seller of prepaid gift cards issued by a national bank because of federal preemption by the National Banking Act of 1864, 12 U.S.C. § 21 *et seq.* and regulations issued by the Office of the Comptroller of the Currency.

c.  Enter a declaratory judgment that the Simon Giftcard is not a "gift certificate" as defined by Mass. G.L. c. 255D, §1.

d.  And grant such further relief as the Court deems equitable and just in the circumstances.

SPGGC, INC.,<br>
Plaintiff<br><br>
/s/ Paul W. Shaw<br>
_____<br>
Paul W. Shaw (BBO No. 455500)<br>
Margaret Pinkham (BBO No. 561920)<br>
Brown Rudnick Berlack Israels LLP<br>
One Financial Center<br>
Boston, MA 02111-2600<br>
Telephone: 617-856-8200<br>
Facsimile:  617-856-8201

Dated:  November 11, 2004

## VERIFICATION

Michele Sullender, being first duly sworn, deposes and says: I am Vice President, Product Development, for the Simon Brand Ventures ("SBV") unit of Simon Property Group, L.P. The plaintiff SPGGC, Inc. is the entity responsible for the Simon Giftcard program. I manage and direct, for SBV and SPGGC, Inc., all activities of the Simon Giftcard program referenced herein. I make this affidavit on behalf of SPGGC, Inc. I have read the foregoing complaint and know the contents thereof, and believe the statements made therein to be true.

/s/ Michele Sullender
Michele Sullender

Dated: Nov. 11, 2004

# EXHIBIT A







# EXHIBIT B



# EXHIBIT C

## It's easy to use your Simon Gift Card.

### Let's get acquainted.
Please allow me to briefly introduce myself. I'm the Simon Gift Card, a prepaid card that lets you shop everywhere Visa debit cards are accepted. My value is limited to the amount of money that was stored on me at the time of purchase. Each time you use me, the amount is deducted from my balance. I know we're going to have a great time together, but before you put me in your wallet, sign me, write down my card number in a safe place, and please take a few moments to review some important information about me!

### What am I worth?
Always know the exact dollar amount available on your card. Merchants do not have access to this information and cannot determine the balance on your card. Check your balance at www.simongiftcard.com or by calling 1-888-203-9678.

### What happens when I'm not enough?
If you try to spend more than the amount available on your Simon Gift Card, the card will be declined. To purchase an item that costs more than the available amount on your card, you will need to combine the value of your Simon Gift Card with another form of payment. Follow these simple steps for a smooth transaction:
- Inform cashier in advance you will be using two forms of payment.
- Pay cashier the difference first with the alternate form of payment.
- Present the Simon Gift Card and state specific amount to be used.

### Never let me go.
Be sure to keep your Simon Gift Card (even after my balance has been depleted) in case you need to return any items purchased with the card.

### Know my number.
Keep a record of your Simon Gift Card number in a safe place, separate from your card.

### If you experience problems when we're shopping together, please review these helpful hints!

### I've been declined. Why?
If a merchant declines your card, immediately verify the balance on your card by calling 1-888-203-9678 or by visiting www.simongiftcard.com. The merchant cannot check your available balance.
- If the purchase is greater than the value on the card, follow the procedures outlined above for combining forms of payment.
- If your card was declined and there are sufficient funds to cover the purchase, contact our customer service center at 1-888-203-9678.

### I can go anywhere Visa debit cards are accepted, but some places require special treatment.
The Simon Gift Card can be used anywhere Visa debit cards are accepted. You may find these tips helpful when using the card at:
- Restaurants and beauty salons. It's customary for service-oriented merchants to automatically factor in an additional 25% to cover any tip you may leave on the card. If your total bill, after adding in the additional 25%, exceeds the amount on the gift card, it will be declined. You should ensure that your gift card has an available balance that is 25% greater than your total bill.
- Gas stations. If you pay at the pump, the terminal may check to see if you have funds to pay for a minimum amount of $30 up to a maximum amount of $50 worth of gas. You can avoid this by prepaying for your gas inside the station.
- Hotels or car rental agencies. Companies specializing in travel services may automatically factor in an additional 25% to cover incidental charges that you might incur. You should ensure that your gift card has an available balance that is 25% greater than your total bill.

### Do I ever expire?
Yes! Your Simon Gift Card expires when the remaining value is $0 or on the expiration date on the front of the card, whichever comes first. There is an administrative fee of $2.50 per month, which will be waived for the first six months. Beginning with the seventh month after the card issue date, the administrative fee will be automatically deducted from the card balance on the first day of each month until the value reaches $0. If you have a balance remaining after the expiration date, call 1-888-203-9678 to request a new card. The new gift card will have the value equal to the remaining balance of the expired card, minus a $7.50 reissue fee. Or apply the remaining balance before the expiration date toward the purchase of a new card (the handling fee for a new card will apply). See Terms and Conditions on back.

### Help! What if I'm lost or stolen?
Immediately report lost or stolen cards by calling 1-888-203-9678. You will need the card number to cancel the card and have a replacement card issued. Always keep a record of your Simon Gift Card number in a safe place, separate from the card.

## Cardholder Agreement/Gift Card Terms and Conditions
The following are the terms and conditions that govern the use of the Simon Gift Card ("Gift Card"). Please read them carefully, and keep them for future reference. The Gift Card is neither a credit card nor an FDIC-insured deposit account. This Gift Card is issued by Bank of America, N.A., pursuant to license from Visa U.S.A., Inc. The purchaser agrees that all terms on the Gift Card and in these terms and conditions apply to purchaser and to any subsequent holder of the card by gift or otherwise. The Gift Card may not be refunded or exchanged for cash or credit.

### Using This Gift Card
The Simon Gift Card is an instant-issue Visa prepaid card. The Gift Card may be used when making purchases from any merchant that accepts Visa debit cards. The total dollar amount of purchases made with the Gift Card will be automatically deducted from the value of the card. At the time of purchase, cardholder must sign the terminal receipt and keep it for his/her records. When using the Simon Gift Card in restaurants, drinking establishments, and hair and nail salons, please keep in mind that the proprietor might secure an authorization/approval on the card for an amount up to 25 percent more than the total bill. The entire secured amount may remain unavailable for up to three business days. This is done to take into account a tip/gratuity; however, only the amount the cardholder authorizes will be deducted from the value of the card. Hotels, car rental agencies, and gas stations may also secure an authorization/approval on the card at a set limit above the final amount the cardholder authorizes. This is done to ensure that adequate funds are available to cover the final purchase. Cardholder can obtain additional information regarding the Simon Gift Card at the Simon Marketplace.

### Conversion to U.S. Dollars
Transactions made in currencies other than U.S. dollars will be converted to U.S. dollars under regulations established by Visa and may include a margin and/or fees charged directly by Visa. Conversion to U.S. dollars may occur on a date other than the date of the transaction; therefore, the conversion rate may be different from the rate in effect at the time of the transaction. Cardholder agrees to pay the converted amount. For these transactions, the rate of exchange between the transaction currency and the billable currency is either a wholesale market rate or the government-mandated rate in effect one day prior to Visa International processing date, increased by one percent.

### Overspending
After the amount available on the Gift Card has been exhausted, all transactions will be declined. Transactions that exceed the remaining card balance will also be declined.

### Balance Inquiries
To check the available balance on the Gift Card or to review recent transactions at no charge, cardholder may visit www.simongiftcard.com. Or cardholder can call 1-888-203-9678 anytime, 24 hours a day, seven days a week. The first balance inquiry by phone is free. Beginning with the second call, a $.50 charge per call will be assessed against the card balance. Cardholder may also visit the Simon Marketplace to review the Gift Card balance and recent transactions at no charge.

### Returned or Exchanged Merchandise
Bank of America, N.A., Visa, Simon Property Group, and their affiliates, employees, and agents are not responsible for the services or merchandise purchased with the Gift Card and are not responsible for the return or exchange of merchandise purchased with the Gift Card.

By use of this Gift Card, cardholder agrees that issuer is not liable for any consequential damages, direct or indirect. If cardholder thinks an error has occurred involving a transaction, that error needs to be adjusted and resolved with the merchant at whose establishment the transaction was made. Exchange or return of merchandise purchased with the Simon Gift Card will be governed by the procedures and policies of each merchant and applicable law. If cardholder receives a credit, the credit may not be added to the available funds for seven business days. Return and refund policies are dependent on the merchant from whom the purchase was made. At the time of any exchange or return, cardholder should present both the merchandise receipt and the Gift Card.

### Error Resolution Procedures
In case of errors or disputes about transactions arising from the use of the Gift Card, call our customer service line at the phone number listed on the back of the card as soon as possible. We must hear from cardholder no later than 90 days after the date of the transaction in question, and cardholder must provide the following information:
- Cardholder name and Gift Card number;
- A description of the suspected error or the transaction cardholder is unsure about and an explanation as to why cardholder believes it is an error; and
- The dollar amount of the suspected error; and
- Gift Card's initial value load amount; and
- Information about the five most recent Gift Card transactions, if applicable.

If cardholder tells us by phone, we will require that cardholder send the complaint or question in a signed affidavit, within 10 business days. Generally, we will tell cardholder the results of our investigation within 10 business days after we hear from cardholder and will correct any error promptly. If we need more time, however, we may take up to 45 calendar days to investigate cardholder's complaint or question.

### Liability for a Lost/Stolen Card or Unauthorized Transactions
The Gift Card can be replaced if it is lost or stolen, with certain restrictions. Cardholder will be required to provide his/her name, the Gift Card number, original value, and transaction history in the event cardholder reports the Gift Card lost or stolen. Cardholder should immediately call 1-888-203-9678 to report a card lost or stolen. Simon Property Group reserves the right to require an affidavit and conduct an investigation into the validity of any request. Cardholder will not be liable for transactions identified by us as unauthorized. There will be a $5 reissue fee for any lost/stolen card, and it will be deducted from the balance on the card. A reissued card may take up to 30 days to process.

### Disclosure of Information to Third Parties
Disclosure of information about cardholder's Gift Card account or transactions to third parties will only be made when it is necessary to complete a transaction, when it is required to comply with government agency or court orders, or if cardholder gives written permission to do so.

### Liability for Failure to Complete Transactions
The issuer may be liable for failure to complete transactions under certain circumstances, expressly excluding (but not by way of limitation) the following:
- If through no fault of ours, cardholder does not have enough money on the Gift Card to cover a transaction; or
- If the transaction would exceed cardholder's available funds; or
- If the terminal or system was not working properly; or
- If circumstances beyond our control (such as flood or fire) prevent the transaction, despite reasonable precautions that we have taken; or
- If there are other exceptions stated in these terms and conditions or provided by law.

### Preauthorized/Recurring Payments
Cardholder agrees not to make preauthorized or recurring regular payments through the use of the Gift Card.

### Service Charges
There is an administrative fee of $2.50 per month, which will be waived for the first six months. Beginning in the seventh month after the card issue date, the administrative fee will be automatically deducted from the card balance on the first day of each month until the value reaches $0. A $5 fee will be assessed to replace a lost or stolen card. A $7.50 fee will be assessed to replace an expired card.

### Expiration
The Gift Card expires when the remaining value is $0 or on the expiration date shown on the front of the card, whichever comes first. If there is a balance remaining after the expiration date, cardholder can call 1-888-203-9678 at any time during the next 12 months (or any longer period required by law) to request that a new Gift Card be issued. The new Gift Card will have a value equal to the remaining balance of the expired card minus a $7.50 reissue fee. The expiration date on the new Gift Card will be at least one year from the date of reissue.

**SIMON** MALLS | more choices℠
simon.com



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

November 1, 2004

**By Overnight Mail**

Richard S. Sokolov, President and Chief Operating Officer
Simon Property Group, Inc.
115 West Washington Street
Indianapolis, IN 46204

RE:   Simon Gift Cards

Dear Mr. Sokolov:

    The Consumer Protection and Antitrust Division of the Massachusetts Attorney General's Office has investigated the practices of your company in connection with the Gift Card your company offers for sale in its 14 Massachusetts Simon Malls and online to Massachusetts consumers. Based upon this investigation, the Attorney General has reason to believe that Simon Property Group, Inc. ("Simon") has engaged in unfair and deceptive acts and practices in violation of the Massachusetts Consumer Protection Act, G.L. c. 93A.

    Specifically, this Office has reason to believe that Simon has sold and continues to sell Gift Cards with a one-year expiration date, thus violating G.L. c. 200A, § 5D, the Massachusetts gift certificate law, which provides that gift cards may not expire before the passage of seven (7) years. Further, Simon imposes a variety of fees on gift card holders, in violation of G.L. c. 200A, § 1, which contemplates that fees not be charged *at all* to gift card holders. Violations of the Massachusetts gift certificate law constitute violations of the Massachusetts Consumer Protection Act, G.L. c. 93A. In addition, the fees Simon charges to Gift Card purchasers and holders are unfair and deceptive in violation of the Massachusetts Consumer Protection Act: the fees are unconscionable or otherwise unfair, and are not adequately disclosed to consumers, and are therefore deceptive.

    This letter is to inform you that the Attorney General is preparing to take legal action against Simon. We will seek an appropriate judgment to bar future unlawful conduct and the payment of civil penalties, costs of investigation including attorneys' fees, and restitution, if appropriate, for consumers. However, we wish to give your company and your attorney an opportunity to meet with us prior to commencing legal action.

    In the event we are unable to resolve this matter, this will serve as formal notice, given

Mr. Sokolov
November 1, 2004
Page Two

pursuant to G.L. c. 93A, § 4, of the Attorney General's intention to bring suit against Simon not earlier than five (5) days after you receive this letter, based on the violations set forth above.

We are available to meet with you to discuss this case and to attempt to reach a settlement prior to instituting suit.

Very truly yours,

Pamela Kogut
Diane Lawton
Judith Whiting
Assistant Attorneys General
Consumer Protection and
Antitrust Division
(617) 727-2200, ext. 2988

cc:   Marilyn D. Stempler, Esq. (*By facsimile*)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SPGGC, Inc.

(b) County of Residence of First Listed Plaintiff **Marion County, IN**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Paul W. Shaw
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111  617-856-8200

## DEFENDANTS
Thomas F. Reilly, Attorney General

County of Residence of First Listed **Suffolk County, MA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action seeking declaratory judgment and injunctive relief because issuing gift cards is governed by the National Banking Act of 1864, 12 U.S.C. Sec. 21, et seq., which preempts the Massachusetts Gift Certificate Law.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $          CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____   DOCKET NUMBER _____

DATE 11/12/04     SIGNATURE OF ATTORNEY OF RECORD  /s/ Paul Shaw

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   SPGGC, Inc. v. Thomas F. Reilly, Attorney General

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

   ☐ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ☒ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ☐ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☒   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Paul W. Shaw - Brown Rudnick Berlack Israels LLP
ADDRESS          One Financial Center, Boston, MA 02111
TELEPHONE NO.    617-856-8200

(Coversheetlocal.wpd - 10/17/02)