UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| SPGGC, INC., |  |
| --- | --- |
| Plaintiff |  |
| v. | Civil Action No. 04-CV- |
| THOMAS F. REILLY, Attorney General, |  |
| Defendant |  |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

In accordance with United States District Court Local Rule 7.3, the Plaintiff, SPGGC, INC., ("Simon") states that all of its stock is owned by the Retail Property Trust, a Massachusetts business trust.

Respectfully submitted,

*[signature]*

Paul W. Shaw (BBO No. 455500)
Margaret Pinkham (BBO No. 561920)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111-2600
Telephone: 617-856-8200
Facsimile: 617-856-8201

Dated: November 12, 2004

#1311503 v\1 - strattsn - 20345/12