UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SPGGC, INC.,
    Plaintiff

v.

THOMAS F. REILLY, Attorney General,
    Defendant

Civil Action No. 04-CV-



04-12398 RCL

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff SPGGC, Inc. hereby moves for the issuance of a preliminary injunction preventing the defendant, the Massachusetts Attorney General, from enforcing the provisions of Mass. G.L. c. 200A, §5D against the plaintiff until this case has been adjudicated.

In support of this motion, SPGGC, Inc. states as follows:

1.    The plaintiff sells Simon Giftcards at 159 regional shopping malls in 35 states throughout the United States, including fourteen (14) malls in Massachusetts. The Simon Giftcard is a VISA prepaid card issued by the Bank of America, N.A. that can be used worldwide anywhere Visa debit cards are accepted.

2.    Pursuant to National Banking Act of 1864, 12 U.S.C. § 21 *et seq.* and regulations of the Office of the Comptroller of the Currency, it is within the authorized powers of the Bank of America to issue electronic prepaid products such as the Simon Giftcard, impose an expiration date in compliance with Visa regulations, charge and determine the amount of fees on such national bank products, and provide disclosures of the terms and conditions of such national bank products in accordance with federal requirements.

- 2 -

3.  State laws that obstruct, impair, or condition a national bank's ability to fully exercise these powers are preempted by federal law.

4.  The Attorney General has taken the position that the Simon Giftcard offered for sale in the various Simon Malls in Massachusetts is subject to the provisions of Mass. G.L. c. 200A, §5D, the Massachusetts gift certificate law. The Attorney General opines that Simon Giftcards violate the Massachusetts gift certificate law and the Massachusetts Consumer Protection Act, Mass. G.L. c. 93A. On November 1, 2004, the Attorney General threatened to bring a civil enforcement action against Simon for injunctive relief and the payment of civil penalties, the costs of investigation, and restitution to consumers.

5.  The enforcement of the Massachusetts gift certificate law against Simon as the seller of the Giftcard would impair the Bank of America's ability to fully exercise its authority to issue the Simon Giftcard, impose an expiration date, determine the amount of fees on the Giftcard, and provide disclosures about the terms and conditions of the Giftcard on a uniform, nationwide basis. As a result, the provisions of the Massachusetts gift certificate law, Mass G.L. c. 200A, §5D, are not applicable to the plaintiff as the seller of prepaid gift cards issued by a national bank because of federal preemption by the National Banking Act of 1864, 12 U.S.C. § 21 *et seq.* and regulations issued by the Office of the Comptroller of the Currency.

6.  Unless the Court issues a preliminary injunction prohibiting the Attorney General from enforcing the provisions of Mass. G.L. c. 200A, §5D against the plaintiff until this case has been adjudicated, the plaintiff will suffer irreparable injury, as more fully detailed in the supporting affidavit of Michele Sullender.

7. In further support of this motion, the plaintiff relies upon and incorporates herein by reference the following: the Verified Complaint, the affidavit of Michele Sullander, its memorandum in support of this motion, as well as the Appendix to that memorandum.

WHEREFORE, SPGGC, Inc. respectfully requests the Court to enter a preliminary injunction prohibiting the defendant, in his capacity as Attorney General of the Commonwealth of Massachusetts, from enforcing the provisions of Mass. G.L. c. 200A, §5D against the plaintiff until this case has been adjudicated.

### REQUEST FOR ORAL ARGUMENT

Plaintiff believes that oral argument may assist the Court in deciding this motion. Therefore, pursuant to Local Rule 7.1(d), Plaintiff requests that the Court schedule oral argument on this motion.

Respectfully submitted,
SPGGC, INC.,

_____
Paul W. Shaw (BBO No. 455500)
Margaret Pinkham (BBO No. 561920)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111-2600
Telephone: 617-856-8200
Facsimile: 617-856-8201

Dated: November 11, 2004

#1311329 v\1 - 20345/24