# UNITED STATES DISTRICT COURT

District of Massachusetts

SPGGC, INC.

V.

THOMAS F. REILLY, Attorney General

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04-12398 RCL

TO: (Name and address of Defendant)

Thomas F. Reilly, Attorney General
McCormack Building
One Ashburton Place
Boston, MA  02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul W. Shaw
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
617-856-8200

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ANASTAS

CLERK

NOV 2 2004

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | November 12, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jill Sartori | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Left copies with CHristine Wilson of the Attorney General's Office, authorized to accept on behalf of Attorney General Thomas F. Reilly, at One Ashburton Place, Boston, MA 02108.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 12, 2004
                 Date              Signature of Server

6 Beacon Street, Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.