UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPGGC, INC., <br> Plaintiff <br><br> v. <br><br> THOMAS F. REILLY, Attorney General, <br> Defendant | Civil Action No. 04-CV-12398-RCL |

## PLAINTIFF, SPGGC, INC.'S NOTICE OF FILING AMENDED COMPLAINT AS OF COURSE

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff, SPGGC, Inc., hereby amends its complaint, as a matter of course, by substituting the attached First Amended Complaint for Declaratory Relief in its place.

No answer or other responsive pleading has been filed by the defendant, and 20 days have not elapsed after the service of the complaint.

Respectfully Submitted,

SPGGC, INC.,

Plaintiff

_____
Paul W. Shaw (BBO No. 455500)
Margaret Pinkham (BBO No. 561920)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111-2600
Telephone: 617-856-8200
Facsimile: 617-856-8201

Dated: November 29, 2004

-1-

## CERTIFICATE OF SERVICE

I hereby certify that true copy of the above document was served upon each attorney of record via first class mail at:

Pamela S. Kogut, Esq.
Diane Lawton, Esq.
Judith Whiting, Esq.
Assistant Attorneys General
Consumer Protection and Antitrust Division
One Ashburton Place
Boston, MA 02018

Dated: November 25, 2004

_____
Paul W. Shaw

#1314646 v\2 - browndj! ! - 6dy02!.doc ! - 20345/24