**BROWN
RUDNICK
BERLACK
ISRAELS** LLP

**PAUL W. SHAW**

DIRECT DIAL: (617) 856-8363
INTERNET E-MAIL: pshaw@brownrudnick.com

November 23, 2004

FILED
IN CLERK'S OFFICE

2004 NOV 29  P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

**VIA FIRST CLASS MAIL**

Ms. Lisa Hourihan, Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    RE:  **SPGGC, Inc. v. Thomas F. Reilly, Attorney General**
           **USDC Civil Action No.: 04-CV-12398-RCL**

          **Commonwealth of Massachusetts v. Simon Property Group, Inc.**
          **USDC Civil Action No.: 04-CV-12422-RCL**

Dear Ms. Hourihan:

    The purpose of this letter is to inform the Court that due to the present posture of the above-referenced cases, SPGGC, Inc. ("Simon") will not be moving forward on its Motion for Preliminary Injunction filed in Civil Action No. 04-CV-12398-RCL.

    If it becomes necessary to request a preliminary injunction at a later date, we will submit a new request at that time. I have been in contact with counsel for the Attorney General and informed them of this.

    Thank you for your attention to this matter.

Very truly yours,
BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
Paul W. Shaw

PWS/djb

cc:  Pamela S. Kogut, Ass't. Atty. Gen.
     Diane L. Lawton, Ass't. Atty. Gen.
     Judith W. Whiting, Ass't. Atty. Gen.
     Michael Freese, Esq.

#1313790 v\1 - shawpw - 5q601!.doc - 20345/24

One Financial Center
Boston, Massachusetts 02111
617.856.8200
fax 617.856.8201
www.brownrudnick.com

Dublin | Hartford | London | New York | Providence