UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPGGC, INC., <br><br> Plaintiff <br><br> vs. <br><br> THOMAS F. REILLY, Attorney General, <br><br> Defendant | Civil Action No. 04-CV-12398-RCL |
| COMMONWEALTH OF MASSACHUSETTS, <br><br> Plaintiff <br><br> vs. <br><br> SIMON PROPERTY GROUP, INC., <br><br> Defendant | Civil Action No. 04-CV-12422-RCL |

### LIMITED OPPOSITION OF THOMAS F. REILLY AND COMMONWEALTH OF MASSACHUSETTS TO PLAINTIFF'S MOTION TO CONSOLIDATE

Thomas F. Reilly and the Commonwealth of Massachusetts (together, the "Commonwealth") oppose the motion of SPGGC, Inc. to consolidate the actions captioned above for the reason that it is unnecessary to consolidate these actions at this time. The Commonwealth plans to file timely motions to remand the action which was commenced in state court and to dismiss SPGGC, Inc.'s Amended Complaint, because this court lacks subject matter jurisdiction over the cases, among other reasons. To the extent this Court orders (1) remand of the action previously filed by the Commonwealth in state court, and (2) dismissal of SPGGC Inc.'s

complaint, there would be no reason to have consolidated these actions.

If, following hearing of the Commonwealth's Motions, this Court determines not to remand the state court case previously filed by the Commonwealth in this matter, or to dismiss SPGGC, Inc.'s Complaint, the Commonwealth would not oppose consolidation of these two matters at that time.

For the reasons set forth herein, the Commonwealth respectfully requests that SPGGC Inc.'s Motion to Consolidate be denied at this time, or alternatively that this Court postpone ruling on the motion until such time as this Court has ruled on the Commonwealth's Motion to Remand and Dismiss.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS
THOMAS F. REILLY, ATTORNEY GENERAL

By: _____
Pamela Kogut, BBO #550865
Judith Whiting, BBO #6000865
Diane Lawton, BBO #555584
Assistant Attorneys General
Consumer Protection and Antitrust Division
Public Protection Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200

Dated: December 2, 2004

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Limited Opposition of Thomas F. Reilly and Commonwealth of Massachusetts by mail, first class postage pre-paid on counsel for SPGGC, Inc., Paul W. Shaw, Esq. and Margaret Pinkham, Esq., Brown Rudnick Berlack Israels LLP, one Financial Center, Boston, MA 02111-2600.

_____
Diane L. Lawton