UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-12398-RCL

| | |
|---|---|
| SPGGC, Inc.,  Plaintiff, | ) ) ) ) ) |
| vs. | ) ) |
| THOMAS F. REILLY, Attorney General., Defendant. | ) ) ) ) |

## CERTIFICATE OF GOOD STANDING FILED PURSUANT TO LOCAL RULE 83.5.3(b)

I, Judith M. Whiting, hereby certify pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts that I have been admitted to practice in, and am a member in good standing of, the bars of Commonwealth of Massachusetts and the State of New York. I further certify that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, and that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: December 9, 2004

JUDITH M. WHITING