UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-12398-RCL

|  |  |
|---|---|
| SPGGC, INC., | ) |
| Plaintiff | ) |
| vs. | ) |
| THOMAS F. REILLY, Attorney General | ) |
| Defendant | ) |

**ATTORNEY GENERAL THOMAS F. REILLY'S
LIMITED OPPOSITION TO PLAINTIFF'S MOTION TO FILE
SECOND AMENDED COMPLAINT
AND RESPONSE TO SECOND AMENDED COMPLAINT**

On December 9, 2004, the plaintiff served a motion for leave to file a Second Amended Complaint in this action. The defendant, Attorney General Thomas F. Reilly ("Attorney General") states as follows as both a limited opposition to the plaintiff's motion, and response to the plaintiff's Second Amended Complaint.

1. SPGGC, Inc. filed the Complaint in this action on November 12, 2004 against the Attorney General to prevent him from enforcing Massachusetts laws against it in connection with a gift card which SPGGC, Inc. sells in 14 Massachusetts malls. The Attorney General had notified SPGGC, Inc. on November 1, 2004 of his intention to sue SPGGC, Inc. for its violations of the Massachusetts Gift Certificate Law and Consumer Protection Act, and on November 15,

the Attorney General filed a lawsuit against Simon Property Group, Inc. ("Simon"), a company affiliated with SPGGC, Inc., in the Suffolk County Superior Court Department. Simon removed the state court action to this Court, and the Attorney General has moved to remand that action.

2. SPGGC, Inc.'s first complaint averred that the National Bank Act preempts application of state laws to SPGGC, Inc.'s gift card, and thus suggested that this Court has federal question jurisdiction over the action.

3. SPGGC, Inc. filed a First Amended Complaint on November 29, 2004 to add an averment that Massachusetts law improperly interferes with interstate commerce in violation of the Commerce Clause of the United States Constitution.

4. SPGGC, Inc. now seeks to file a Second Amended Complaint to (a) fill in specific references to Massachusetts statutes, and (b) to include a specific request in its prayer for relief that if this Court allows the Attorney General's motion to remand the state court action, this Court enjoin the Attorney General from enforcing state law against SPGGC, Inc. until this case is fully adjudicated.

5. The Attorney General opposes SPGGC, Inc.'s motion for leave to file a Second Amended Complaint in order to preserve his right to object to SPGGC, Inc.'s prayer for relief at a later date.

6. To the extent this Court allows SPGGC, Inc.'s Motion for Leave to File Second Amended Complaint, the Attorney General notes that SPGGC, Inc. has added no factual averments to the Complaint which require an additional answer. To the extent they do, the Attorney General moves to dismiss them for all of the reasons set forth in the Motion to Dismiss which was filed with this Court on December 16, 2004.

For the reasons set forth herein, the Attorney General respectfully requests that to the extent this Court allows the Plaintiff's Motion for Leave to File Second Amended Complaint, that this Court note the Attorney General's objection, and that the Attorney General's right to object to the plaintiff's prayer for relief be preserved.

THOMAS F. REILLY
ATTORNEY GENERAL


By:   /s/ Pamela Kogut
Pamela S. Kogut, BBO #550865
Diane Lawton, BBO # 555584
Judith Whiting, BBO #600865
Assistant Attorneys General
Consumer Protection and Antitrust Division
One Ashburton Place
Boston, MA 02018
(617) 727-2200, exts. 2988, 2982 and 2959


Dated:    December 23, 2004


CERTIFICATE OF SERVICE

I hereby certify that I will serve the within document on the 24th day of December 2004 by first class mail, postage prepaid, upon counsel for SPGGC, Inc., Paul W. Shaw, Esq. and Margaret M. Pinkham, Esq., Brown Rudnick Berlack Israels, LLP, One Financial Center, Boston, MA 02111-2600.


  /s/ Pamela Kogut
Pamela S. Kogut

December 23, 2004

*By Hand Delivery*

U.S. District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

RE: <u>SPGGC, Inc. v. Thomas F. Reilly, Civil Action No. 04-12398-RCL</u>

Dear Sir or Madam:

    Enclosed for filing in the above-named case, please find the following document: Attorney General Thomas F. Reilly's Limited Opposition to Plaintiff's Motion to File Second Amended Complaint and Response to Second Amended Complaint.

    Very truly yours,

Pamela Kogut
Assistant Attorney General
Consumer Protection and
Antitrust Division
(617) 727-2200, ext. 2988

cc:    Paul W. Shaw, Esq.
        Margaret M. Pinkham, Esq.