UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPGGC, INC.,<br>    Plaintiff<br><br>    v.<br><br>THOMAS F. REILLY, Attorney General,<br>    Defendant | Civil Action No. 04-12398-RCL |

**ASSENTED TO MOTION TO EXTEND TIME
FOR PLAINTIFF, SPGGC, INC., TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS**

This is a civil action for a declaratory judgment brought by SPGGC, Inc. ("Simon") against the Massachusetts Attorney General. Simon hereby requests an extension, which was agreed upon, until Friday, January 14, 2005 to respond to Defendant's Motion to Dismiss. Simon further states as follows:

1. Plaintiff initially filed this action on November 12, 2004. Shortly thereafter, the Attorney General filed a state enforcement action, which Simon removed to this Court, and on November 18, 2004, Simon moved to consolidate the actions.

2. The Attorney General filed a Motion to Dismiss this action, to which a response was initially due on December 30, 2004. Simon has conferred with Defendant's counsel, who has agreed to an extension of time for this response until Friday, January 14, 2005.

3. This extension will not result in the continuance of any hearing, conference or trial.

1

SPGGC, INC.,

Plaintiff

/s/ Margaret M. Pinkham
Paul W. Shaw (BBO No. 455500)
Margaret Pinkham (BBO No. 561920)
Daniel J. Brown (BBO No. 654459)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111-2600
Telephone: 617-856-8200
Facsimile: 617-856-8201
E-mail: pshaw@brownrudnick.com
E-mail: mpinkham@brownrudnick.com
E-mail: dbrown@brownrudnick.com

Dated: December 27, 2004

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), undersigned counsel hereby certifies that defendant's counsel was contacted in a good faith effort to resolve or narrow the issues presented by this motion.

Counsel for Defendant has assented to this motion.

/s/ Margaret M. Pinkham
Margaret M. Pinkham

Dated: December 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Pamela S. Kogut, Esq.
Diane Lawton, Esq.
Judith Whiting, Esq.
Assistant Attorneys General
Consumer Protection and Antitrust Division
One Ashburton Place
Boston, MA  02018

/s/ Margaret M. Pinkham
Margaret M. Pinkham

Dated: December 27, 2004

#1320275 v\1 - browndj - @qb01!.doc - 20345/24