UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPGGC, INC.,<br>Plaintiff<br><br>v.<br><br>THOMAS F. REILLY, Attorney General,<br>Defendant | Civil Action No. 04-12398-RCL |

## SECOND AMENDED COMPLAINT

### INTRODUCTION

1.     This is a civil action for a declaratory judgment brought against the Massachusetts Attorney General. A controversy exists with the Attorney General since he alleges the plaintiff is in violation of the Massachusetts gift certificate law and the Consumer Protection Act, and has brought suit in state court against the plaintiff for injunctive and monetary relief. The plaintiff seeks a declaration that the provisions of the Massachusetts gift certificate law, M.G.L. c. 200A, §5D and M.G.L. c. 255D, §1, and the Massachusetts Consumer Protection Act, M.G.L. c. 93A, § 2(a), (1) are not applicable to a seller of prepaid gift cards issued by a national bank such as the Simon Giftcard because of federal preemption by the National Bank Act of 1864, 12 U.S.C. § 21 *et seq.* and regulations issued by the Office of the Comptroller of the Currency; and (2) as applied to the Simon Giftcard, improperly interfere with interstate commerce in violation of the Commerce Clause of the United States Constitution, U.S. Const. Art. I, § 8, cl. 3.

### PARTIES

2.     Plaintiff SPGGC, Inc. is a Virginia corporation with a principal place of business in Indianapolis, Indiana.

3.   The defendant Thomas F. Reilly is the Attorney General and chief law enforcement officer of the Commonwealth of Massachusetts. Pursuant to Mass. G.L. c. 93A, §4, the Attorney General is empowered to bring civil actions to enforce Massachusetts consumer protection statutes.

### JURISDICTION

4.   This court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §2201.

### STATEMENT OF FACTS

#### The Simon Giftcard Program in General

5.   SPGGC, Inc. (hereinafter referred to as "Simon") is an affiliate of Simon Property Group, L.P., which owns, operates and manages regional shopping malls throughout the United States ("Simon Malls"), including fourteen (14) malls in Massachusetts.

6.   In August of 2001, Simon began a pilot program for the Simon Giftcard in five Simon Malls. The program was later expanded to other properties, and was implemented in the majority of Simon Malls in 2003. Simon Giftcards have been offered in Simon Malls in Massachusetts since 2003. Currently there are 159 malls selling Simon Giftcards in 35 states. The Simon Giftcard became available for purchase over the internet on Simon's website in May of 2003.

7.   The Simon Giftcard is a Visa prepaid card issued by the Bank of America, N.A. that operates on the Visa debit infrastructure.

8.   The Simon Giftcard is a credit-card sized embossed plastic card with a magnetic strip on the back. The purchaser specifies the amount to be placed on the Giftcard, and the Giftcard is programmed to establish a balance in that denomination within certain parameters.

The Giftcard is subject to uniform terms and conditions, which are available to the purchaser prior to purchase of the Giftcard and are clearly printed on the outside of the card carrier in which the card is delivered to the purchaser. (A sample Simon Giftcard, card carrier, and explanatory brochure are appended as Exhibit A, B and C respectively).

9. Unlike a traditional retail gift certificate, the Simon Giftcard can be used worldwide anywhere Visa debit cards are accepted, including locations not affiliated with Simon Malls. Also unlike most gift certificates, a Simon Giftcard can be replaced if lost or stolen, and the Giftcard holder is not responsible for the unauthorized use of the Giftcard.

10. Bank issued prepaid gift cards such as the Simon Giftcard provide consumers with access to millions of merchants worldwide and the rights and protections found with other bank cards such as chargeback options, dispute management, and "zero liability" protection on lost and stolen cards.

11. In Massachusetts alone Simon sells hundreds of thousands of Giftcards each year with very positive customer satisfaction levels and very minimal complaints.

12. Since Simon does not benefit from the underlying sale of goods and services by the merchant when the Giftcard is used, Simon must recover its cost of the Giftcard program and earn a profit primarily through fees associated with the Giftcard. Simon also receives a portion of the interchange fee from Visa each time a Giftcard is used.

13. Bank issued prepaid cards such as the Simon Giftcard are financial instruments. The administrative costs of issuing the Giftcard include but are not limited to: processor costs for maintaining the Giftcard on the system for the duration of the card, costs for maintaining a customer service/call center, costs for risk management and fraud prevention, and related infrastructure, staffing and other costs. These costs are recovered through upfront

handling/loading fees, and potentially applicable maintenance, replacement, and call center fees.

### Bank of America's Role In The Simon Giftcard Program

14. Bank of America, N.A. ("BOA"), a national bank, is the bank that has issued the Simon Giftcard since the inception of the program. BOA is a Visa member bank, and therefore can issue Visa prepaid cards subject to Visa's regulations. As stated on the back of every Simon Giftcard, the card itself is the property of BOA. BOA requires that all Giftcards and cardholder agreements identify BOA as the issuer.

15. The Simon Giftcard is a Visa co-branded prepaid card between BOA and Simon. As such, it is issued by BOA and must comply with federal banking regulations and all Visa U.S.A., Inc. regulations. There are numerous programs in the United States that are co-branded between a national Visa member bank and third party businesses. Multiple businesses sell Visa, MasterCard, American Express and Discover nationally accepted pre-paid cards. The Simon Giftcard complies with all Visa U.S.A., Inc. regulations.

16. The terms and conditions for the Simon Giftcard are based substantially on the terms and conditions used on BOA's own branded gift card. The terms and conditions for the Simon Giftcard, and the design of the card carrier in which the Giftcards are presented, must be reviewed and approved by BOA. Every time a change is made to the terms and conditions or the card carrier, it must be sent to BOA for review and approval.

17. BOA also reviews, and must approve, the physical properties and design of the front and back of the Giftcard itself. Any changes Simon wishes to make to the Giftcard, including disclosures and typeface, must be reviewed and approved by BOA. BOA, in compliance with directives from its primary regulator, the Office of the Comptroller of the

Currency ("OCC"), has required that certain information be included on the Giftcard itself. For example, BOA required the disclosure on the Giftcard of certain fee information as well as the website address at which additional information can be obtained.

18. BOA receives compensation in connection with the Simon Giftcard in the form of a per transaction fee for each Giftcard transaction generating interchange fees from Visa. In addition, all Simon Giftcard program-related bank accounts are maintained with BOA.

### Terms and Conditions of the Simon Giftcard at Issue

19. The terms and conditions of the Simon Giftcard are uniform across the United States.

20. One term and condition of the Simon Giftcard is a $2.50 monthly service fee in the event a balance remains on the Giftcard after the sixth month. The fee is deducted automatically on the first day of the month, starting on the seventh month after the month of purchase, from any remaining value on the card until the value reaches zero. This service fee was approved by BOA. Most Simon Giftcard holders never incur maintenance fees, as most of the value of the Simon prepaid Giftcards is used by consumers within the first month after receiving a Giftcard.

21. Additionally, to implement Visa fraud prevention and card maintenance requirements applicable to all prepaid cards bearing the VISA logo, all Simon Giftcards, whether sold in Massachusetts or elsewhere, expire a minimum of one year after the date of issuance. The one year expiration date was approved by BOA.

### Prepaid Gift Cards Issued by a National Bank are Subject to the National Bank Act and Regulations of the Office of the Comptroller of the Currency

22. As a national bank, BOA is subject to the National Bank Act of 1864, 12 U.S.C. § 21 *et seq.* and oversight by the OCC.

23. It is within the authorized powers of a national bank like BOA to issue electronic prepaid products such as the Simon Giftcard, impose an expiration date in compliance with Visa regulations, charge and determine the amount of fees on such national bank products, and provide disclosures of the terms and conditions of such national bank products in accordance with federal requirements.

24. The OCC examines BOA with respect to all of its prepaid card products, including BOA's co-branded card programs, offered in collaboration with a co-branding partner, such as Simon. The OCC specifically considers whether the terms and conditions of the program are reasonable and are clearly and conspicuously disclosed to the consumer.

25. State laws that obstruct, impair, or condition a national bank's ability to fully exercise these powers are preempted by federal law.

### PRESENT CONTROVERSY WITH THE MASSACHUSETTS ATTORNEY GENERAL

26. On November 15, 2004, the Attorney General filed suit in state court, seeking injunctive and monetary relief ("the Complaint"). Plaintiffs filed Notice of Removal of the Complaint on November 16, 2004, and the Attorney General's action was docketed as No. 04-12422-RCL. Simon moved to consolidate the two actions on November 18, 2004.

27. In the Complaint, the Attorney General has taken the position that the Simon Giftcard offered for sale in the various Simon Malls in Massachusetts is subject to the provisions of M.G.L. c. 200A, §5D, the Massachusetts gift certificate law.

28. The Massachusetts gift certificate law requires that all gift certificates be valid for not less than seven (7) years after the date of issuance.

29. The Attorney General takes the position that, by implication, the Massachusetts gift certificate law also prohibits the imposition of any fees that reduce the face value of the

Simon Giftcard, such as the monthly service fee in the event a balance remains on the Giftcard after the sixth month.

30. The Attorney General opines that Simon Giftcards violate Mass. G.L. c. 200A, §5D because the Giftcards contain an expiration date less than seven years and potentially impose a variety of fees on gift card holders.

31. The Attorney General asserts that Simon's alleged violation of the Massachusetts gift certificate law constitutes violations of the Massachusetts Consumer Protection Act, M.G.L. c. 93A, and further alleges that the fees charged by Simon to Giftcard purchasers and holders are unfair and deceptive acts and practices.

32. The Attorney General has represented that he intends to move to remand the removed action. In the event that the removed action is remanded, Simon would request that the Attorney General be enjoined from enforcing the provisions of M.G.L. c. 200A, §5D, M.G.L. c. 255D, §1, and M.G.L. c. 93A, §2(a), against the Simon Giftcard until this case has been adjudicated.

### COUNT ONE
### (Request for Declaratory Relief)
### (Federal Preemption)

33. The plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 32.

34. The Massachusetts Attorney General's complaint challenges the imposition of expiration dates and fees associated with a Visa-branded prepaid card issued by a national bank, and the disclosures with respect to such fees.

35. The enforcement of M.G.L. c. 200A, §5D, M.G.L. c. 255D, § 1, and M.G.L. c. 93A, § 2(a), against Simon as the seller of the Giftcard would impair BOA's ability to fully

exercise its authority to issue the Simon Giftcard, impose an expiration date, determine the amount of fees on the Giftcard, and provide disclosures about the terms and conditions of the Giftcard on a uniform, nationwide basis.

36. An actual, justiciable controversy now exists between the parties concerning whether the National Bank Act and regulations promulgated thereunder preempt enforcement of the provisions of the Massachusetts gift certificate law to prepaid gift cards issued by a national bank.

**COUNT TWO**
**(Request for Declaratory Relief)**
**(Commerce Clause)**

37. The plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 36.

38. The Simon Giftcards can be purchased out of state (including through plaintiff's internet website) and brought into the Commonwealth, either through the inherent mobility of the American population exercising the Constitutional right to travel, or through the fact that the Giftcards are just that – gifts that are normally transferred from one person to another after purchase. Similarly, the use of the Simon Giftcards is not limited to Massachusetts; rather, the Giftcards may be used nationwide and worldwide. Furthermore, a Simon Giftcard sold in Massachusetts will not necessarily be used in Massachusetts.

39. It is not possible for plaintiff to control or to determine whether a particular Simon Giftcard sold out of state has made its way into Massachusetts, or vice versa. As such, the impact of the Massachusetts gift certificate law on Simon Giftcards cannot be limited to Massachusetts. Instead, if the law is applied as the Attorney General's lawsuit (as well as the lawsuits brought by the other two Attorneys General of Connecticut and New Hampshire)

intends, the law would have an extraterritorial reach and pose a severe burden on interstate commerce by forcing Simon to comply with it on a nationwide basis, regardless of whether the Simon Giftcards at issue are sold, or, indeed, ever used, within the borders of Massachusetts.

40.     Thus, the effect of the application of M.G.L. c. 200A, §5D, M.G.L. c. 255D, §1, and M.G.L. c. 93A, §2(a), to the Simon Giftcard would be to regulate commerce within other states with respect to this subject matter, to interfere with Congress' ability to regulate interstate commerce, and to impose massive costs upon the plaintiff and adversely impact the sale of Simon Giftcards in interstate commerce.

41.     Moreover, Massachusetts has singled out a product developed and marketed outside of Massachusetts upon which to seek to impose these massive costs.

42.     The Massachusetts gift certificate law, as applied to the Simon Giftcard, constitutes an improper interference by Massachusetts in interstate commerce in violation of the Commerce Clause of the United States Constitution, U.S. Const. Art. I, § 8, cl. 3.

**PRAYER FOR RELIEF**

WHEREFORE, SPGGC, Inc. requests the Court to:

a.     Enter a declaratory judgment that the provisions of the Massachusetts gift certificate law, M.G.L. c. 200A, §5D and M.G.L. c. 255D, § 1, and the Massachusetts Consumer Protection Act, M.G.L. c. 93A, § 2(a), are not applicable to a seller of prepaid gift cards issued by a national bank because of federal preemption by the National Bank Act of 1864, 12 U.S.C. § 21 *et seq.* and regulations issued by the Office of the Comptroller of the Currency, and thereafter enjoin the Attorney General from enforcing the provisions of M.G.L. c. 200A, §5D, M.G.L. c. 255D, §1, and M.G.L. c. 93A, against the Simon Giftcard.

b.  Enter a declaratory judgment that the application of the law to the Simon Giftcard constitutes an improper interference by Massachusetts in interstate commerce in violation of the Commerce Clause of the United States Constitution, U.S. Const. Art. I, § 8, cl. 3, and thereafter enjoin the Attorney General from enforcing the provisions of M.G.L. c. 200A, §5D, M.G.L. c. 255D, §1, and M.G.L. c. 93A, against the Simon Giftcard.

c.  In the event the removed Complaint is remanded to state Superior Court, enter an injunction prohibiting the Attorney General from: (a) requiring Simon to alter any terms and conditions of the Giftcard; and (b) inhibiting the sale of the Giftcard until this case has been fully adjudicated.

d.  And grant such further relief as the Court deems equitable and just in the circumstances.

SPGGC, INC.,
Plaintiff

/s/ Margaret M. Pinkham
Paul W. Shaw (BBO No. 455500)
Margaret Pinkham (BBO No. 561920)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111-2600
Telephone: 617-856-8200
Facsimile: 617-856-8201
E-mail: pshaw@brownrudnick.com
E-mail: mpinkham@brownrudnick.com

Dated: December ___, 2004

#1316743 v\4 - shawpw - 80704!.doc - 20345/24

- 10 -







Merchants cannot access your card balance.

To check your balance:
- ...
- ...
- ...

When using your Simon Giftcard to make a purchase that is greater than the amount on the card, tell the cashier you would like to pay the difference first, and then use your card to pay the balance.

important information

EXHIBIT a



# EXHIBIT C

## It's easy to use your Simon Gift Card.

### Let's get acquainted.
Please allow me to briefly introduce myself. I'm the Simon Gift Card, a prepaid card that lets you shop everywhere Visa debit cards are accepted. My value is limited to the amount of money that was stored on me at the time of purchase. Each time you use me, the amount is deducted from my balance. I know we're going to have a great time together, but before you put me in your wallet, sign me, write down my card number in a safe place, and please take a few moments to review some important information about me!

### What am I worth?
Always know the exact dollar amount available on your card. Merchants do not have access to this information and cannot determine the balance on your card. Check your balance at www.simongiftcard.com or by calling 1-888-203-9678.

### What happens when I'm not enough?
If you try to spend more than the amount available on your Simon Gift Card, the card will be declined. To purchase an item that costs more than the available amount on your card, you will need to combine the value of your Simon Gift Card with another form of payment. Follow these simple steps for a smooth transaction:
- Inform cashier in advance you will be using two forms of payment.
- Pay cashier the difference first with the alternate form of payment.
- Present the Simon Gift Card and state specific amount to be used.

### Never let me go.
Be sure to keep your Simon Gift Card even after my balance has been depleted in case you need to return any items purchased with me.

### Know my number.
Keep a record of your Simon Gift Card number in a safe place, separate from your card.

### If you experience problems when we're shopping together, please review these helpful hints!

### I've been declined. Why?
- If merchants decline your card, immediately verify your balance by calling 1-888-203-9678 or by visiting www.simongiftcard.com.
- The merchant cannot check your available balance.
- If the purchase is greater than the value on the card, follow the procedures outlined above for combining forms of payment.
- If you have not yet signed the card, there are indications fraud may be occurring, or other security concerns that cause us to decline the card.

I can go anywhere Visa debit cards are accepted, but some places require special treatment.
The Simon Gift Card can be used anywhere Visa debit cards are accepted. You may find these tips helpful when using the card at:
- Restaurants and beauty salons. It's customary for service-oriented merchants to automatically factor in an additional 25% to cover any tip you may leave on the card. If your total bill, after adding in the additional 25%, exceeds the amount on the gift card, it will be declined. You should ensure that your gift card has an available balance that is 25% greater than your total bill.
- Gas stations. If you pay at the pump, the terminal may check to see if you have funds to pay for a minimum amount of $30 up to a maximum amount of $50 worth of gas. You can avoid this by prepaying for your gas inside the station.
- Hotels or car rental agencies. Companies specializing in travel services may automatically factor in an additional 25% to cover incidental charges that you might incur. You should ensure that your gift card has an available balance that is 25% greater than your total bill.

### Do I ever expire?
The Simon Gift Card expires when the remaining value is $0 or on the expiration date on the front of the card, whichever comes first. There is an administrative fee of $2.50 per month, which will be waived for the first six months. Beginning with the seventh month after the card issue date, the administrative fee will be automatically deducted from the card balance on the first day of each month until the value reaches $0. If you have a balance remaining after the expiration date and want to request a new card. The new gift card will have a value equal to the remaining balance of the expired card, minus a $7.50 reissue fee. Or, apply the remaining balance before the expiration date toward the purchase of a new card (the handling fee for a new card is $7.50. See Terms and Conditions on back.

### Help! What if I'm lost or stolen?
Immediately report lost or stolen cards by calling 1-888-203-9678. You will need the card number to cancel the card and have a replacement card issued. Always keep a record of your Simon Gift Card number in a safe place, separate from the card.

---

## Cardholder Agreement/Gift Card Terms and Conditions
The following are the terms and conditions that govern the use of the Simon Gift Card ("Gift Card"). Please read them carefully, and keep them for future reference. The Gift Card is neither a credit card nor an FDIC-insured deposit account. This Gift Card is issued by Bank of America, N.A., pursuant to license from Visa U.S.A., Inc. The purchaser agrees that all terms on the Gift Card and in these terms and conditions apply to purchaser and to any subsequent holder of the card by gift or otherwise. The Gift Card may not be refunded or exchanged for cash or credit.

### Using This Gift Card
The Simon Gift Card is an instant-issue Visa prepaid card. The Gift Card may be used when making purchases from any merchant that accepts Visa debit cards. The total dollar amount of purchases made with the Gift Card will be automatically deducted from the value of the card. At the time of purchase, cardholder must sign the terminal receipt and keep it for his/her records. When using the Simon Gift Card in restaurants, drinking establishments, and hair and nail salons, please keep in mind that the proprietor might secure an authorization/approval on the card for an amount up to 25 percent more than the meal bill. The entire secured amount may remain unavailable for up to three business days. This is done to take into account a tip/gratuity; however, only the amount the cardholder authorizes will be deducted from the value of the card. Hotels, car rental agencies, and gas stations may also secure an authorization/approval on the card as a set limit above the final amount the cardholder authorizes. This is done to ensure that adequate funds are available to cover the final purchase. Cardholder can obtain additional information regarding the Simon Gift Card at the Simon Marketplace.

### Conversion to U.S. Dollars
Transactions made in currencies other than U.S. dollars will be converted to U.S. dollars under regulations established by Visa and any amounts a margin and a fee charged directly by Visa. Conversion to U.S. dollars may occur on a date other than the date of the transaction, therefore, the conversion rate may be different from the rate in effect at the time of the transaction. Cardholder agrees to pay the converted amount. For these transactions, the rate of exchange between the transaction currency and the billable currency is either a wholesale market rate or the government-mandated rate in effect one day prior to the transaction processing date, increased by one percent.

### Declined
After the process available on the Gift Card has been exhausted, if transaction is declined. Transactions that exceed the remaining card balance will also be declined.

### Balance Inquiry
To check the available balance on the Gift Card or to review recent transactions, cardholder may visit www.simongiftcard.com. Or cardholder can call 1-888-203-9678 available 24 hours a day, seven days a week. The first balance inquiry by phone is free; however, any subsequent inquiry will be a $.50 charge per call will be assessed against the card balance. Cardholder may also visit the Simon Marketplace to review the Gift Card balance at no charge.

### Returned or Exchanged Merchandise
Bank of America N.A., Visa issuer, Simon Property Group, and their affiliates, employees and agents are not responsible for the service, quality, safety or legality of products or services that are offered or provided by merchants or at merchant establishments.

By use of this Gift Card, cardholder agrees that issuer is not liable for any consequential damages, direct or indirect. If cardholder thinks an error has occurred involving a transaction, that error needs to be adjusted and resolved with the merchants at whose establishments the transaction was made. Exchange or return of merchandise purchased in whole or in part with the Simon Gift Card will be governed by the procedures and policies of each merchant and applicable law. If cardholder receives a credit, the credit may not be added to the available funds for seven business days. Return and refund policies are dependent on the merchant from whom the purchase was made. At the time of any exchange or return, cardholder should present both the merchandise receipt and the Gift Card.

### Error Resolution Procedures
In case of errors or disputes about transactions arising from the use of the Gift Card, call our customer service line at the phone number listed on the back of the card as soon as possible. We must hear from cardholder no later than 90 days after the date of the transaction in question, and cardholder must provide the following information:
- Cardholder name and Gift Card number;
- A description of the suspected error or the transaction cardholder is unsure about and an explanation as to why cardholder believes it is an error; and
- The dollar amount of the suspected error; and
- Gift Card's initial value load amount; and
- Information about the five most recent Gift Card transactions, if applicable.

If cardholder tells us by phone, we will require that cardholder send the complaint or question in a signed affidavit, within 10 business days. Generally, we will tell cardholder the results of our investigation within 10 business days after we hear from cardholder and will correct any error promptly. If we need more time, however, we may take up to 45 calendar days to investigate cardholder's complaint or question.

### Liability for Lost/Stolen Card or Unauthorized Transactions
If the Gift Card is lost or stolen and cardholder wishes to have the card replaced with a new card, cardholder will be required to provide his/her name, the Gift Card number, original receipt and purchase location of the card. If cardholder wishes to have the card replaced, cardholder should immediately call 1-888-203-9678 to report a card lost or stolen. Cardholder agrees to cooperate fully in our investigation of any loss or theft, to provide an affidavit if requested, and to assist in the prosecution of any burglars. Cardholder will not be liable for transactions, attempted or in process, on the card. A new card will take up to 30 days to process.

### Disclosure of Information to Third Parties
In the ordinary course of business, we may disclose information about cardholder's Gift Card account as required to comply with any court orders, subpoenas, government agency or in court action, or as cardholder gives written permission to do so.

### Liability for Failure to Complete Transactions
There may be limits to our liability to complete transactions under certain circumstances including any failure due to any of limitations or the following:
- If there are no funds or limit of access, cardholder does not have enough money to complete a transaction, or
- If the transaction would exceed cardholder's available funds, or
- If the terminal or system was not working properly, or
- If circumstances beyond our control (such as fire or flood) prevent the transaction, despite reasonable precautions that we have taken, or
- If there are other exceptions stated in these terms and conditions or provided by law.

### Preauthorized/Recurring Payments
Cardholder agrees not to make preauthorized or recurring regular payments through the use of the Gift Card.

### Service Charge
There is an administrative fee of $2.50 per month, which will be waived for the first six months. Beginning in the seventh month after the card issue date, the administrative fee will be automatically deducted from the card balance on the first day of each month until the value reaches $0. A $5 fee will be assessed to replace a lost or stolen card. A $7.50 fee will be assessed to replace an expired card.

### Expiration
The Gift Card expires when the remaining value is $0 or on the expiration date shown on the front of the card, whichever comes first. If there is a balance remaining after the expiration date, cardholder can call 1-888-203-9678 at any time during the next 12 months (or any longer period required by law) to request that a new Gift Card be issued. The new Gift Card will have a value equal to the remaining balance of the expired card minus a $7.50 reissue fee. The expiration date on the new Gift Card will be at least one year from the date of reissue.

**SIMON | more choices**

simon.com